AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Medical University Hospital Authority,<br>*Plaintiff*<br>v.<br>Xavier Becerra, Secretary, U.S. Department of Health and Human Services,<br>*Defendant.* | )<br>)<br>)   Civil Action No.   2:19-cv-1755-MBS<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Having granted Plaintiff Medicial University Hospital Authority's Motion for Summary Judgment and denying Defendant's Motion for Summary Judgment, the Court orders that the Board's decision is reversed and vacated. This action is remanded to HHS with directions to reimburse MUHA, on a reasonable cost basis, for its nursing and allied health education costs associated with the Pharmacy Program for Fiscal Years 2007 and 2008, plus interest pursuant to 42 U.S.C. § 1395oo(f)(2), plus costs of the within action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Margaret B. Seymour, Senior United States District Judge.

Date:   March 29, 2021                                                                  *CLERK OF COURT*

                                                                                 s/ Virginia Druce, Deputy Clerk
                                                                          _____
                                                                                 *Signature of Clerk or Deputy Clerk*